HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC, | CASE NO. C16-665- RAJ |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| AVALON GLASS AND MIRROR CO., et al., | |
| Defendants. | |

This matter comes before the court *sua sponte*. Before proceeding further with this matter, the court is obligated to determine whether it has subject matter jurisdiction. *Moore v. Maricopa Cty. Sheriff's Office*, 657 F.3d 890, 894 (9th Cir. 2011); Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."). Absent jurisdiction, any determination on the merits would be void. *Watts v. Pickney*, 752 F.2d 406, 409 (9th Cir. 1985).

Federal courts have diversity jurisdiction over civil actions where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the case is between

ORDER TO SHOW CAUSE- 1

citizens of different states. 28 U.S.C. § 1332. Here, Plaintiff fails to allege the citizenship of each of its members. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens."). Accordingly, the court orders Plaintiff to show cause why this case should not be dismissed for lack of jurisdiction.

Plaintiff shall file a written response to this order, not exceeding five (5) pages, on or before **JUNE 13, 2016**. Failure to file a response will result in dismissal of this action.

Dated this 6th day of June, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge