THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTRIC MIRROR, LLC,       ) | |
|                             ) | |
|          Plaintiff,     ) | |
|                             ) | Case No. C16-00665-RAJ |
|    v.                     ) | |
|                             ) | ORDER |
| AVALON GLASS AND MIRROR CO., and ) | |
| GLASSWERKS LA, INC.,         ) | |
|                             ) | |
|         Defendants.   ) | |

This matter comes before the Court on Plaintiff's Motion for Relief (Dkt. # 48) and Defendants' Motion to Continue (Dkt. # 50). Having reviewed the motions, the submissions of the parties, the relevant portions of the record, and the applicable law, Defendants' Motion to Continue is **GRANTED** and Plaintiff's Motion for Relief is **DENIED as moot. The parties are ORDERED to meet and confer regarding a mutually acceptable trial date between October 1, 2018 and November 30, 2018.** The parties shall submit proposed trial dates to the Court within 14 days of the date of this Order. All related case scheduling deadlines will be set at that time.

SO ORDERED this 9th day of April, 2018.

The Honorable Richard A. Jones
United States District Judge