Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 001 | PNA0000137 | | ATS 191 2012-08-08 | 08/08/12 | Yes | | | |
| 002 | | 12 Wurzell | ATS 191 2012-08-14 | 08/14/12 | Yes | | | |
| 003 | PNA0000131 | 011 Cline | ATS 191 2012-10-02 | 10/02/12 | Yes | | | |
| 004 | PNA0000195 | 010 Cline | ATS 191 2013-01-07 | 01/07/13 | Yes | | | |
| 005 | EM042152 | | ATS-143 NSG Technical Bulletin re hand cleaning | 01/14/13 | Yes | | | |
| 006 | PNA0000181 | | ATS 191 2015-04-17 | 04/17/15 | Yes | | | |
| 007 | PNA0000124 | | Digital Display spec sheet | 03/01/14 | Yes | | | |
| 008 | | | Pilkington MIrroView Television Mirror spec sheet | 08/??/12 | Yes | | | |
| 009 | EM006298 | | Email re Site Visit | 04/13/11 | Yes | | | |
| 010 | EM040429 | 043 | Avalon mirror manual | ??/??/12 | Yes | | | |
| 012 | PPT000556 | | Email FW: Message From KMBT | 10/23/12 | Yes | Yes | | |
| 013 | EM003099 | | Email re 13017MR - Electric Mirror | 10/22/13 | Yes | | | |
| 014 | EM007484 | 003 Beeman, | Email re: Oversized V-20 Glass | 01/07/13 | | | | |
| 015 | PPT000001 | | Email From Wurzell Dated Feb 6, 2013 | 02/06/13 | Yes | Yes | | |
| 016 | PNA0000005 | | Email re: Avalon Mirror: 20K | 08/05/13 | Yes | | | |
| 017 | EM003576 | | Email re: V20 | 05/05/14 | Yes | | | |
| 018 | EM008286 | | Email re: SO#31472 Mandalay Bay Model Room | 05/28/14 | Yes | | | |
| 019 | EM004094 | | Email re V20 | 12/15/14 | Yes | | | |
| 020 | PNA0000007 | | Email re volume MirroView | 12/15/14 | Yes | | | |
| 022 | PNA0000659 | | Email re Avalon Mirror - 1/4 inch MirrorView | 01/14/15 | Yes | | | |
| 023 | PNA0000476 | | Email re Avalon Mirror - 1/4 inch MirrorView | 01/15/15 | Yes | | | |
| 024 | PNA0000655 | | Email re Email re Avalon Mirror - 1/4 inch MirrorView | 01/14/15 | Yes | | | |
| 025 | EM004152 | | Email re PO 226958 V20 large order | 01/15/15 | Yes | | | |
| 026 | EM000818 | | Email re Pilkington MirroView | 01/16/15 | Yes | | | |
| 027 | pna0000633 | | Email FW Avalon Glass | 01/22/15 | Yes | | | |
| 028 | EM015892 | | Email re Electric Mirror - Avalon Meeting | 02/09/15 | | | | |
| 029 | PNA0000625 | | Email re Avalon Mirror: MGM MirroView | 02/10/15 | Yes | | | |
| 032 | EM015919 | | Email Avalon Glass - Meeting | 05/28/15 | Yes | Yes | | |
| 033 | EM001113 | | Email re V70 | 06/22/15 | Yes | | | |
| 034 | EM009696 | 087 / 141 | Email FW MB Tower Remodel | 07/06/15 | | | | |
| 035 | EM009715 | 051 / 60 | EM Re MB Tower Remodel - 13017 | 07/07/15 | Yes | Yes | | |
| 036 | EM009779 | 144 | Email | 07/10/15 | Yes | Yes | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 037 | EM004553 | | Email re storage rates | 07/10/15 | Yes | | | |
| 039 | EM004567 | | Email re EM matrix | 07/16/15 | Yes | | | |
| 041 | EM009837 | 109 / 147 /20 | Email re 38807 | 07/26/15 | Yes | Yes | | |
| 042 | EM009857 | 110 | Email re 38807 | 07/27/15 | Yes | | | |
| 043 | PPT000447 | | Email re flights booked | 07/27/15 | Yes | | | |
| 044 | EM009889 | 112 | Email re Crate photos | 07/27/15 | Yes | Yes | | |
| 045 | EM001247 | 032 | Email re implementation of fixtures | 07/29/15 | | | | |
| 047 | PPT000489 | | Email re Electric Mirror scratches | 08/04/15 | Yes | | | |
| 048 | EM010009 | | Email re MB update | 08/05/15 | Yes | | | |
| 049 | EM010026 | 002 Andrich | Email re Mandalay Bay or Trump | 08/06/15 | Yes | | | |
| 050 | EM010091 | | Email re boxes for remake | 08/07/15 | Yes | Yes | | |
| 052 | EM001313 | 035 | Email re pulp pick up | 08/10/15 | Yes | | | |
| 053 | PPT000464 | | Email re V20 ASM standard | 06/07/16 | Yes | | | |
| 055 | EM040050 | | Email w Mandalay Bay Rework Plan | 08/11/15 | | | | |
| 056 | EM000310 | | Email re Avalon Glass | 08/12/15 | Yes | | | |
| 058 | Bomb000307 | | Email re punchlist | 08/19/15 | Yes | | | |
| 059 | EM010489 | 127 | Email re site visit | 08/20/15 | Yes | Yes | | |
| 060 | EM007393 | | Email re rework plan | 08/25/15 | Yes | Yes | | |
| 061 | EM004743 | 006 Andrich | Email re BOB glass entries | 08/28/15 | Yes | Yes | | |
| 062 | EM004757 | 177 | Email call please | 08/31/15 | Yes | | | |
| 067 | EM010730 | 037 | Email re V20 Mirror defects | 09/10/15 | Yes | Yes | | |
| 068 | EM010745 | 116 / 128 | Email re reject numbers | 09/11/15 | Yes | Yes | | |
| 069 | PPT000307 | | Email re MB Electric Mirror Floor 9 | 09/11/15 | Yes | | | |
| 070 | EM016676 | | Email re delivery schedule | 09/13/15 | Yes | | | |
| 071 | EM010785 | | Email re reject numbers | 09/14/15 | Yes | Yes | | |
| 073 | EM010909 | 118 | Email re Mirror total | 09/18/15 | Yes | | | |
| 074 | PPT000396 | | Email w Floor 8 Go Back List | 09/18/15 | Yes | | | |
| 076 | EM011005 | 011 Andrich | Email re BOB glass entires | 09/28/15 | Yes | | | |
| 078 | PPT000563 | | Email w go back list | 10/02/15 | Yes | | | |
| 079 | EM011090 | | Email re LF 1107 | 10/02/15 | Yes | | | |
| 080 | EM016723 | | Email re V20 issue | 10/02/15 | Yes | | | |
| 081 | EM011193 | 120 | Email re crates | 10/07/15 | Yes | Yes | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 082 | EM001617 | | Email re mirroview specs | 10/12/15 | Yes | | | |
| 083 | EM001556 | | Email re V20 coating process | 10/09/15 | Yes | | | |
| 084 | EM011359 | | Email re RM inspections | 10/13/15 | Yes | | | |
| 086 | EM004996 | 003 / 62 / 137 | Email re Follow up letter | 10/13/15 | Yes | Yes | | |
| 087 | EM005025 | | Email re Electric Mirror updates | 10/16/15 | Yes | | | |
| 088 | EM005048 | | Email re Mandalay scratch | 10/21/15 | Yes | | | |
| 089 | EM005062 | | Email re go back plan | 10/23/15 | Yes | | | |
| 090 | EM011711 | | Email re tie-in | 10/29/15 | Yes | | | |
| 091 | EM005151 | | Email re go back list | 11/06/15 | Yes | | | |
| 092 | EM011787 | | Email re Supply schedule | 11/09/15 | Yes | | | |
| 093 | EM011812 | 013 Andrich | Email re warranty language | 11/10/15 | Yes | | | |
| 094 | EM011842 | 095 | Email re supply schedule | 11/11/15 | Yes | | | |
| 095 | EM011896 | | Email re go backs | 11/12/15 | Yes | | | |
| 096 | EM011935 | 121 | Email re Weekly Update | 11/16/15 | Yes | Yes | | |
| 097 | EM016858 | 040 | Email re credit request | 11/20/15 | Yes | | | |
| 098 | EM011781 | | Email re supply schedule | 11/06/15 | Yes | | | |
| 099 | EM001791 | | Email re credit request | 11/23/15 | Yes | | | |
| 100 | EM016168 | | Email re estimate of revenue | 12/01/15 | Yes | Yes | | |
| 101 | EM012130 | | Email w Avalon Meeting | 12/01/15 | Yes | | | |
| 102 | EM011838 | | Email w BOB tag | 11/11/15 | Yes | | | |
| 103 | EM001841 | | Email re issue credit | 12/05/15 | Yes | | | |
| 104 | EM005383 | | Email re go backs | 12/06/15 | Yes | | | |
| 105 | EM012172 | 122 | Email w Weekly Update | 12/06/15 | Yes | | | |
| 106 | EM005391 | | Email re Mandalay mirror | 12/08/15 | Yes | | | |
| 107 | EM012220 | | Email re unrealized revevue | 12/08/15 | Yes | | | |
| 108 | EM012232 | | Email re Mandalay Bay Labor | 12/09/15 | Yes | | | |
| 109 | EM012288 | | Email re Pilkington claim to rework V20 | 12/10/15 | Yes | | | |
| 109 cros | EM041881 | | Email re Scratches in MirroView | 12/03/15 | Yes | | | |
| 110 | EM012344 | | Email w Weekly Update | 12/12/15 | Yes | | | |
| 111 | EM005461 | | Email re Pilkington Meeting at Electric Mirror | 12/14/15 | Yes | | | |
| 112 | EM012376 | 096 | Email re Special Coat V20 | 12/15/15 | Yes | | | |
| 114 | EM012380 | | Email re Avalon trip | 12/15/15 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 115 | EM017120 | | Email re Pilkington Meeting at Electric Mirror | 12/15/15 | Yes | | | |
| 116 | PNA0000508 | 213 | Email re Scratches on Mirroview | 12/15/15 | Yes | | | |
| 117 | PNA0000494 | 004 Steinberg | Email re 1/4 MIrroView for MGM | 12/16/15 | Yes | | | |
| 118 | EM012516 | 124 | Email re Mandalay Bay Update | 12/17/15 | Yes | Yes | | |
| 119 | EM000228 | | Email re MirroView Pilkington Meeting | 12/17/15 | Yes | | | |
| 120 | PNA0000533 | 214 | Email re Avalon Mirror | 12/18/15 | Yes | | | |
| 122 | PPT000486 | | Email re Mirror Inventory | 12/21/15 | Yes | | | |
| 123 | EM012770 | | Email re Luxul LED Tubes | 12/28/15 | Yes | | | |
| 124 | EM012796 | | Email re Avalon update | 12/29/15 | Yes | | | |
| 125 | EM012826 | | Emails re Avalon Update | 12/29/15 | Yes | | | |
| 126 | EM012879 | 007 Doc | Email re Avalon trip report | 01/02/16 | Yes | | | |
| 127 | EM012881 | | Email re Avalon trip report | 01/02/16 | Yes | | | |
| 128 | EM013026 | 097 | Email re Electric Mirror Shipments | 01/08/16 | Yes | | | |
| 129 | EM013034 | | Email re Avalon Update | 01/08/16 | Yes | | | |
| 130 | PNA0000239 | 215 | Visit Report | 01/11/16 | Yes | Yes | | |
| 131 | EM013277 | 130 / 10 Doc | Email re Pilkington Visit to Electric Mirror | 01/19/16 | Yes | Yes | | |
| 132 | PNA0000243 | 217 | Email re Pilkington Visit to Electric Mirror | 01/19/16 | Yes | | | |
| 132 | EM005837 | | Email re Pilkington visit to Electric Mirror | 01/12/16 | Yes | | | |
| 133 | PNA0000256 | 218 | Email re Avalon trip | 01/21/16 | Yes | | | |
| 134 | PNA0000342 | | Email re Trip Report - Avalon | 01/25/16 | Yes | | | |
| 134a | PNA0000250 | | Trip Report | 01/20/16 | Yes | | | |
| 135 | EM000364 | | Email re claim | 02/01/16 | Yes | | | |
| 136 | PNA0000323 | 221 | NGS Group Sample Report | 02/04/16 | Yes | | | |
| 137 | PNA0000324 | 220 | NSG Group Sample Report | 02/04/16 | Yes | | | |
| 138 | EM013866 | 131 excerpt | Email re go backs | 03/11/16 | Yes | | | |
| 139 | EM006241 | | Email re Go-back rooms | 03/14/16 | Yes | | | |
| 140 | EM002557 | 106 | Email re credit requests | 03/15/16 | Yes | | | |
| 141 | PNA0000349 | 223 | Analysis Report Baines | 04/07/16 | Yes | | | |
| 142 | EM000483 | | Email re Avalon due this week of 4/18/15 | 04/29/16 | Yes | | | |
| 143 | PNA0000364 | 228 | NSG Group Sample Testing Mirroview | 04/25/16 | Yes | | | |
| 144 | PNA0000371 | | Email re Trip Report 1/11/16 | 05/19/16 | Yes | | | |
| 145 | PNA0000278 | 222 | NSG Group Report re Scratches | ??/??/16 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 146 | PPT000453 | | Avalon Monthly Sales Summary Spreadsheet | 12/31/16 | Yes | | | |
| 147 | Various | | MGM PO MB Tower Remodel | 11/24/14 | Yes | Yes | | |
| 148 / 14 | PPT000433 | | MGM Pos combined | 01/15/15 | Yes | Yes | | |
| 150 | EM015776 | | MGM Pos combined | 01/09/15 | Yes | Yes | | |
| 151 | Various | | Electric Mirror POs | 01/14/15 | Yes | Yes | | |
| 152 | Various | | EM Packing Slips combined | 04/02/15 | Yes | Yes | | |
| 154 | Various | | Avalon Invoices combined | ??/??/18 | Yes | Yes | | |
| 155 | EM014135 | 171 | Avalon Packing Slip | 02/20/15 | Yes | Yes | | |
| 156 | EM014415 | 401 | McCurdy MirroView Analysis Report | 10/12/17 | | | | |
| 157 | | | McCurdy Scratch Summary Report | 04/30/17 | Yes | | | |
| 158 | EM040255 | 402 | McCurdy Supplemental Report | 03/16/18 | | | | |
| 159 | | | McCurdy Report | 07/05/18 | Yes | | | |
| 160 | | | McCurdy Rebuttal Report | 08/31/18 | Yes | | | |
| 161 | | 007 Cline | ASTM C1376-10 | 05/01/13 | Yes | | | |
| 162 | | 226 / 8 Cline | ASTM C1036-11 | 02/01/12 | Yes | | | |
| 163 | | 006 Cline | ASTM C1503-08 | 11/20/16 | Yes | | | |
| 164 | | 017 Cline | ASTM G171-03 | 09/01/09 | Yes | | | |
| 165 | | 180 | Edelman Photos | 12/16/15 | Yes | | | |
| 167a | PPT000681 | | Avalon Glass and Mirror Front End Process | 12/16/15 | Yes | | | |
| 167 | EM012535 | | Email re Trip Report (w attachment) | 12/17/15 | Yes | | | |
| 168 | PPT000691 | | Electric Mirror Cost of Replacement Spreadsheet | ??/??/18 | Yes | | | |
| 169 | PPT000328 | | MRB Details Spreadsheet | ??/??/18 | Yes | | | |
| 170 | PPT000619 | | Crate Tracking Worksheet | ??/??/18 | Yes | | | |
| 171 | PPT000595 | | Go Back Spreadsheet | ??/??/15 | Yes | | | |
| 172 | Various | | CH Robinson Invoices combined | ??/??/18 | Yes | | | |
| 173 | PPT000680 | | AFN Shipping Invoice | 09/11/15 | Yes | | | |
| 174 | PPT000588 | | FedEx Invoices combined | ??/??/18 | Yes | | | |
| 175 | Various | | Advantage Warehouse Invoices | 07/17/15 | Yes | | | |
| 176 | Various | | Labor Ready invoices combined | ??/??/18 | Yes | | | |
| 177 | PPT000471 | | Lynden International Invoices | ??/??/18 | Yes | | | |
| 178 | PPT000490 | | Supplies Invoices combined | ??/??/18 | Yes | | | |
| 179 | Various | | McKinney Trainer Invoices combined | ??/??/18 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 180 | PPT000601 | | Electric Mirror Earnings Statements | ??/??/18 | Yes | | | |
| 181 | PPT000646 | | Berntson Porter Report | 10/12/17 | Yes | | | |
| 182 | PPT000671 | | Bertson Porter Supplemental Report | 02/06/18 | Yes | | | |
| 183 | PPT000678 | | Bertson Porter Supplemental Analysis Memo | 09/30/18 | Yes | | | |
| 184 | PPT000623 | | Electric Mirror Balance Sheet 2016 | ??/??/16 | | | | |
| 185 | EM014026 | | Moss Adams Report | 12/31/13 | | | | |
| 188 | EM000926 | | Email re Electric Mirror Avalon Meeting | 03/11/15 | Yes | | | |
| 189 | EM040270 | | McCurdy Materials Relied Upon List | ??/??/18 | Yes | | | |
| 190 | EM040276 | | McCurdy CV | ??/??/18 | Yes | | | |
| 191 | EM040282 | | AGC Processing Guide | 06/??/13 | Yes | | | |
| 192 | EM040300 | | A Multilayer Strategy for Improving the Abrasion Resistanc | 09/??/16 | Yes | | | |
| 193 | EM040310 | | An overview of the potential of quantitative coating adhes | 02/??/06 | Yes | | | |
| 194 | EM040327 | | Approaches to investigate delamination and interfacial tou | 11/30/16 | Yes | | | |
| 195 | EM040363 | | Assessment of the Weatherability & Durability of Decorati | 02/??/15 | Yes | | | |
| 196 | EM040394 | | autodesk-slides-sustworkshp_nzeb_3-lightingdaylighting | ??/??/18 | Yes | | | |
| 197 | EM040416 | | Avalon Glass Procedures | 09/??/16 | Yes | | | |
| 198 | EM040501 | | Science Direct - INvestigation | ??/??/05 | Yes | | | |
| 199 | EM040510 | | Bohle_Sedimentor-DIN5_Flyer_UK | ??/??/18 | Yes | | | |
| 200 | EM040522 | | bull_Failure modes in scratch adhesion testing_ sct 1991 | 07/10/1991 | Yes | | | |
| 201 | EM040530 | | Cardinal_Technical_Glass_Guide_Web | ??/??/14 | Yes | | | |
| 202 | EM040590 | | Challenges in assessing the mechanical behavior of coating | ??/??/18 | Yes | | | |
| 203 | EM040596 | | COF Erosion Optical Summary_30MAY17 | 05/30/17 | Yes | | | |
| 204 | EM040602 | | COF_Erosion_Optical_Plots | ??/??/18 | Yes | | | |
| 205 | EM040606 | | Coolant recycling improves uptime and profit _ lubriserv | ??/??/17 | Yes | | | |
| 206 | EM040614 | | CRL_BioClean_SDS_WSR1 | 12/31/14 | Yes | | | |
| 207 | EM040617 | | Daylight_Wikipedia | ??/??/17 | Yes | | | |
| 208 | EM040620 | | DD-M-411C | 01/02/1990 | Yes | | | |
| 209 | EM040631 | | Daylight Energy and Indoor Climate Basic Book | ??/??/14 | Yes | | | |
| 210 | EM040781 | | Double_edgers_Pencil_edgers_EN_DE | ??/??/18 | Yes | | | |
| 211 | Various | | McCurdy Photos - Avalon Visit combined (249) - TR 211 | ??/??/18 | Yes | | | |
| 212 | EM041054 | | Effect of Abrasive Size on Wear_31706 | 03/16/12 | Yes | | | |
| 213 | EM041074 | | EM_Roller_Caster_Tables_2017-08-10 1.11.55 | ??/??/18 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 214 | EM041075 | | EN 1096-1 | 01/??/12 | Yes | | | |
| 215 | EM041094 | | EN 1096-2 | 01/??/12 | Yes | | | |
| 216 | EM041123 | | EN 1096-4 | 10/??/04 | Yes | | | |
| 217 | EM041162 | | GANA_Assessing the Durability of Decorative Glass_DD_05 | 06/??/14 | Yes | | | |
| 218 | EM041172 | | Glass_MechPropHandouts | ??/??/18 | Yes | | | |
| 219 | EM041187 | | GLASSGRI | 06/??/04 | Yes | | | |
| 220 | EM041191 | | GPD-B7-Mauer09 | ??/??/09 | Yes | | | |
| 221 | EM041194 | | Grid_Meter_IMG_7652 | ??/??/18 | Yes | | | |
| 222 | EM041195 | | Grid_Setup_IMG_7867 | ??/??/18 | Yes | | | |
| 224 | EM041199 | | H20 Manual | ??/??/18 | Yes | | | |
| 225 | EM041214 | | Holmberg_Coatings_Tribology | 09/01/08 | Yes | | | |
| 226 | EM041791 | | Illuminance - Recommended Light Level | 12/20/17 | Yes | | | |
| 227 | EM041795 | | Illuminance _ AON2 | 12/05/17 | Yes | | | |
| 228 | EM041797 | | illumination-fundamentals | ??/??/1990 | Yes | | | |
| 229 | EM041845 | | IMG_2904 | ??/??/18 | | | | |
| 230 | Various | | McCurdy Materials Photos combined (50) TR 230 | ??/??/18 | | | | |
| 231 | various | | McCurdy Materials Photos Combined (7) TR 231 | ??/??/18 | | | | |
| 232 | EM041898 | | Indentation fracture and toughness assessment for thin op | ??/??/07 | Yes | | | |
| 233 | various | | McCurdy Materials Photos Combined (3) TR 233 | ??/??/18 | | | | |
| 234 | EM041944 | | iwca6_18_2004tgib | ??/??/04 | Yes | | | |
| 235 | EM041945 | | JNCS v316 p54 (2003) Surface damage of soda-lime-silica g | ??/??/03 | Yes | | | |
| 236 | EM041955 | | Kelley_NISTIR_2001 | 04/??/01 | Yes | | | |
| 237 | EM041964 | | Lecture13_Suratwala_Glass_Finishing_Lecture_Lehigh | ??/??/15 | Yes | | | |
| 238 | EM042055 | | LT300_UM | 02/??/13 | Yes | | | |
| 239 | EM042062 | | Maintaining an edger _ Glass Magazine | 08/13/17 | Yes | | | |
| 240 | EM042064 | | V20 Mirror Handling for Mandalay Bay Project | ??/??/18 | | | | |
| 241 | EM042066 | | Measuring Light Levels _ Sustainability Workshop | 12/??/17 | Yes | | | |
| 242 | EM042074 | | Nanovea_NS161130-30-P Report | 12/07/16 | Yes | | | |
| 243 | EM042106 | | NSG_Fig17_Analysis, Manufacturing and Engineering | ??/??/18 | Yes | | | |
| 244 | EM042107 | | NSG_Fig19_Analysis, Manufacturing and Engineering | ??/??/18 | Yes | | | |
| 245 | EM042108 | | PEER_stage2_10.1088%2F0022-3727%2F44%2F3%2F0340 | 04/26/11 | Yes | | | |
| 246 | EM042156 | | PPG Glass Washing Technical Bulletin | ??/??/18 | Yes | | | |

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 247 | EM042175 | | Quality Control Plan - Mirror Processing_revA | ??/??/18 | | | | |
| 248 | EM042194 | | RecommendedLightLevels | ??/??/18 | Yes | | | |
| 249 | EM042196 | | REview wear resistant coatings 2016_Tkadletz et al._Surfa | ??/??/16 | Yes | | | |
| 250 | EM042212 | | NanoIndentation Testing | ??/??/11 | Yes | | | |
| 251 | EM042230 | | Schneider, Scratch Resistance Annealed & Tempered Glass | ??/??/11 | Yes | | | |
| 252 | EM042239 | | Nanovia Scratch Hardness Measurment | ??/??/14 | Yes | | | |
| 253 | EM042247 | | Suratwala JNCS v354 p2023 (2008) Effect of rogue particle | ??/??/08 | Yes | | | |
| 254 | EM042262 | | The_Influence_of_Coating_Compliance_Delamination_TB( | ??/??/10 | Yes | | | |
| 255 | EM042272 | | Thesis_VLH_Scratchability of SLG | ??/??/05 | Yes | | | |
| 256 | EM042560 | | Tribological Properties of Metallic and Ceramic Coatings_8 | ??/??/01 | Yes | | | |
| 257 | EM042604 | | Tromans_and_Meech_2002_Fracture_Toughness | 09/13/02 | Yes | | | |
| 258 | EM042621 | | Weidner-2010-effect of substrate roughness on the contac | ??/??/10 | Yes | | | |
| 259 | EM042628 | | WindowTalkRepint | 01/??/03 | Yes | | | |
| 260 | EM014039 | | Moss Adams Report 2014 | 12/31/14 | | | | |
| 261 | EM014056 | | Moss Adams 2015 Report | 12/31/15 | | | | |
| 262 | EM042695 | | Mandalay Bay Rework Daily Tracking Sheets | 08/27/15 | Yes | | | |
| 263 | EM010871 | | Email re Mandalay Mirror Total 9/16/15 | 09/16/15 | Yes | | | |
| 264 | EM011380 | | Email re Tie-in 10/13/15 | 10/13/15 | Yes | | | |
| 265 | EM012275 | | Email re Avalon Day (1) | 12/10/15 | Yes | | | |
| 266 | EM000365 | | Email re Avalon Claim | 02/23/16 | Yes | | | |
| 300 | | 017 | Email w ASTM c1503 | 05/24/12 | Yes | Yes | | |
| 301 | | 018 | Email re Dialectric Glass Mirror | 08/08/12 | Yes | Yes | | |
| 302 | | 019 | Email re Water Spots | 09/29/12 | Yes | Yes | | |
| 303 | EM015884 | 020 | Email re mirror standards | 11/05/12 | Yes | | | |
| 304 | EM015886 | | Email re ASTM Standard for Mirror | 11/05/12 | Yes | | | |
| 305 | | 021 | Email re diaelectric mirror | 12/13/12 | Yes | Yes | | |
| 307 | | | Email w New PO 215172 | 01/07/13 | Yes | Yes | | |
| 308 | EM007488 | | Email re Mirroview | 01/09/13 | Yes | | | |
| 309 | EM007489 | | Email re V20 visibility | 01/10/13 | Yes | | | |
| 310 | | | Email re New PO 215529 | 01/24/13 | Yes | | | |
| 311 | | | Email re New PO 215859 | 02/12/13 | Yes | Yes | | |
| 312 | | | Email re new PO 215918 | 02/15/13 | Yes | Yes | | |

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 313 | EM039950 | | Email re QC Process | 03/07/13 | Yes | | | |
| 314 | | | Email re PO 168438 | 03/21/13 | Yes | Yes | | |
| 315 | EM007518 | | Email re V20 source | 03/22/13 | Yes | | | |
| 316 | | | Email re PO 216532 | 03/25/13 | Yes | Yes | | |
| 317 | | | Email re PO 216456 | 03/26/13 | Yes | Yes | | |
| 319 | | | Email re PO 216679 | 04/02/13 | Yes | Yes | | |
| 320 | | | Email re PO 217197 | 05/07/13 | Yes | Yes | | |
| 321 | | | Email re PO 217318 | 05/15/13 | Yes | Yes | | |
| 322 | | | Email re revised PO 217197 | 05/15/13 | Yes | Yes | | |
| 323 | | | Email re PO 217366 | 05/20/13 | Yes | Yes | | |
| 324 | | | Email re PO 217561 | 06/03/13 | Yes | Yes | | |
| 325 | | | Email re PO 217638 | 06/06/13 | Yes | Yes | | |
| 326 | | | Email re PO 217727 | 06/11/13 | Yes | Yes | | |
| 327 | | | Email re PO 217739 | 06/13/13 | Yes | Yes | | |
| 328 | EM007522 | | Email re Avalon Supply Agreement | 06/24/13 | Yes | Yes | | |
| 329 | | | Email re PO 217598 | 06/25/13 | Yes | Yes | | |
| 330 | EM007530 | | Email re V20 | 07/03/13 | Yes | Yes | | |
| 331 | | | Email re PO 218173 | 07/10/13 | Yes | Yes | | |
| 332 | | | Email re PO 217186 | 07/11/13 | Yes | Yes | | |
| 333 | | | Email re V20 | 07/18/13 | Yes | Yes | | |
| 334 | | | Email re PO 218709 | 08/12/13 | Yes | Yes | | |
| 335 | | | Email re PO 218978 | 08/29/13 | Yes | Yes | | |
| 336 | | | Email re PO 218975 | 09/29/13 | Yes | Yes | | |
| 337 | | | Email re PO 219163 | 09/11/13 | Yes | Yes | | |
| 338 | | | Email re PO 219366 | 09/24/13 | Yes | Yes | | |
| 339 | | | Email re PO 219367 | 09/25/13 | Yes | Yes | | |
| 340 | EM007546 | | Email re Bellagio Spa Tower | 10/10/13 | Yes | Yes | | |
| 341 | EM003106 | | Email re 13017MR | 10/23/13 | Yes | Yes | | |
| 342 | | | Email re PO 219803 | 10/23/13 | Yes | Yes | | |
| 343 | EM003210 | | Email re 13017MR | 11/14/13 | Yes | | | |
| 344 | | | Email re V20 PO 220378 | 12/03/13 | Yes | Yes | | |
| 345 | | | Email re Mandalay Bay Bid Package | 12/03/13 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 346 | EM003284 | | Email re MB bid package | 12/06/13 | Yes | | | |
| 347 | | | Email re PO 220583 | 12/18/13 | Yes | Yes | | |
| 348 | | | Email re PO 220641 | 12/20/13 | Yes | Yes | | |
| 349 | | | Email re PO 215388 | 01/17/13 | Yes | | | |
| 350 | EM003346 | | Email re Electric Mirror PO 13017 | 02/03/14 | Yes | | | |
| 351 | | | Email re PO 221639 | 03/04/14 | Yes | Yes | | |
| 352 | | | Email re PO 221710 | 03/10/14 | Yes | Yes | | |
| 353 | EM007807 | | Email re Delano Order | 03/11/14 | Yes | | | |
| 354 | | | Email re PO 2221763 | 03/14/14 | Yes | Yes | | |
| 355 | EM003467 | | Email re PO 13017 | 03/24/14 | Yes | | | |
| 356 | EM003478 | | Email re MGM Mandalay Bay Conference call | 04/01/14 | Yes | | | |
| 357 | EM007852 | | Email re Chassis for V70 sample | 04/01/14 | Yes | | | |
| 358 | EM004385 | | Email re MGM Projects Glass finishes | 04/02/14 | Yes | | | |
| 359 | EM007915 | | Email re SO 31472 | 04/16/14 | Yes | | | |
| 360 | | | Email re V20 PO 222272 | 04/17/14 | Yes | Yes | | |
| 361 | EM007959 | | Email re Delano Public Spaces | 04/22/14 | Yes | | | |
| 362 | EM003570 | | Email re Glass Finishes | 04/28/14 | Yes | | | |
| 363 | EM008036 | | Email re Mandalay Bay SO | 05/12/14 | Yes | | | |
| 364 | EM008103 | | Email re SO 31472 | 05/13/14 | Yes | | | |
| 365 | | | Email re PO 222670 | 05/13/14 | Yes | Yes | | |
| 366 | | | Email re PO 222738 | 05/15/14 | Yes | Yes | | |
| 367 | EM008158 | | Email re Delano, dark corner issue | 05/16/14 | Yes | | | |
| 368 | EM008248 | | Email re important announcement from Avalon | 05/02/14 | Yes | Yes | | |
| 368 | | | Email re PO 222892 | 05/23/14 | Yes | Yes | | |
| 370 | EM008257 | | Email re Avalon Glass Prices | 05/27/14 | Yes | Yes | | |
| 371 | | | email re PO 222942 | 05/28/14 | Yes | Yes | | |
| 372 | | | Email re PO 223212 | 06/11/14 | Yes | Yes | | |
| 373 | | | email re PO 223302 | 06/17/14 | Yes | Yes | | |
| 374 | | | Email re V20 shipment | 06/14/14 | Yes | | | |
| 375 | EM008392 | | Email re glass issues | 06/27/14 | Yes | | | |
| 376 | EM003741 | | Email re Model Room Issues | 07/08/14 | Yes | Yes | | |
| 377 | EM008408 | | Email re room photos | 07/08/14 | Yes | Yes | | |

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 378 | EM003736 | | Email re MB Model Room Review | 07/08/14 | Yes | | | |
| 379 | EM008440 | | Email re Mandalay SO | 07/09/14 | Yes | | | |
| 380 | EM008446 | | Email re (HOT) No Charge Replacement | 07/10/14 | Yes | | | |
| 381 | EM008459 | | Email re (HOT) No Charge Replacement | 07/10/14 | Yes | | | |
| 382 | EM003744 | | Email re replacement due to scratches | 07/10/14 | Yes | | | |
| 383 | EM008476 | | Email re Electric Mirror Site Visit update | 07/11/14 | Yes | | | |
| 384 | EM003795 | | Email re Mandalay Bay Room Remodel | 08/18/14 | Yes | | | |
| 385 | EM003853 | | Email re MGM PO Format | 08/28/14 | Yes | | | |
| 386 | EM003865 | | Email re 50/50 oversized sample | 09/03/14 | Yes | | | |
| 387 | EM003863 | | Email re 50/50 oversized sample | 09/03/14 | Yes | | | |
| 388 | EM003976 | | Email re MirroView 50/50 | 10/09/14 | Yes | | | |
| 389 | EM003980 | | Email re MirroView 50/50 | 10/10/14 | Yes | | | |
| 390 | EM003993 | | Email re mirroview 50/50 | 10/10/14 | Yes | | | |
| 391 | | 022 | Email re MirroView 50/50 | 10/14/14 | Yes | | | |
| 392 | | | Email re Mandalay Bay Tower Remodel - Bid Package | 10/27/14 | Yes | Yes | | |
| 393 | | 023 | Email re V20 | 10/28/14 | Yes | Yes | | |
| 394 | | | Email re revised specifications | 11/11/14 | Yes | Yes | | |
| 395 | EM009054 | | Email re finish clarification for all series | 12/08/14 | Yes | | | |
| 396 | EM009047 | | Email re finish clarifications for all series | 12/08/14 | Yes | | | |
| 397 | | | Email re pricing options | 12/15/14 | | | | |
| 398 | | | Email re updated information | 12/15/14 | | | | |
| 399 | | | Email re V20 | 05/23/16 | Yes | Yes | | |
| 400 | | 024 | Email re V20 | 12/16/14 | Yes | Yes | | |
| 401 | | | Email re special size Mirroviews | 06/15/17 | | | | |
| 402 | | 025 | Email re message from KMBT | 12/30/14 | Yes | Yes | | |
| 403 | EM039961 | | Email re 2015 quality plan | 01/07/15 | Yes | | | |
| 404 | EM009099 | | Email re V20 demand | 01/09/15 | Yes | | | |
| 405 | | | Email re V20 | 01/14/15 | | | | |
| 406 | | 026 | Email re V20 | 01/14/15 | Yes | Yes | | |
| 407 | | | Email re Mirroview project | 01/16/15 | | | | |
| 409 | EM004238 | | Email re copper free testing | 03/19/15 | Yes | Yes | | |
| 410 | | 029 | Email re Message from KMBT_501 | 04/13/15 | Yes | Yes | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 411 |  | 030 | Email re Message from KMBT_501 | 04/13/15 | Yes | Yes |  |  |
| 412 | EM004436 |  | Email re MB Tower Remodel - Production Status | 04/28/15 | Yes | Yes |  |  |
| 413 | EM015895 |  | Email re Mirror QC process | 05/18/15 | Yes |  |  |  |
| 414 | EM015913 |  | Email re Avalon Glass - Meeting | 05/27/15 | Yes | Yes |  |  |
| 415 | EM015904 |  | Email re QC Process | 05/27/15 | Yes |  |  |  |
| 417 | EM039966 |  | Email re Mirror Processing quality | 06/03/15 | Yes |  |  |  |
| 418 | EM009669 |  | Email re laser settings | 06/08/15 | Yes |  |  |  |
| 419 | EM009681 | 082 | Email re V-Mirror | 06/18/15 | Yes |  |  |  |
| 420 | EM039974 |  | Email re quality team tasks | 06/09/15 | Yes |  |  |  |
| 421 |  |  | Email re specs Redacted | 06/12/15 |  |  |  |  |
| 422 | EM039976 |  | Email re quality team tasks | 06/16/15 | Yes |  |  |  |
| 423 | EM004510 |  | Email re PO 229593 | 06/23/15 | Yes | Yes |  |  |
| 424 | BOMB000089 |  | Email re GFCI | 07/01/15 | Yes |  |  |  |
| 425 | EM016170 |  | Email re Production photos/maintenance | 07/02/15 | Yes |  |  |  |
| 426 | EM009692 |  | Email re Crate tipped over | 07/03/15 | Yes |  |  |  |
| 427 | BOMB000116 |  | Email w photos | 07/06/15 | Yes |  |  |  |
| 428 | EM009696 | 087 / 141 | Email re mirror defects | 07/06/15 | Yes | Yes |  |  |
| 429 | EM004514 |  | Email re mirror defects | 07/06/15 | Yes | Yes |  |  |
| 430 | EM009706 |  | Email re defects | 07/07/15 | Yes | Yes |  |  |
| 431 | BOMB000050 |  | Email re 18235 | 07/08/15 | Yes |  |  |  |
| 432 | EM009771 |  | Email re Issues at MB | 07/10/15 | Yes | Yes |  |  |
| 433 | EM004548 |  | Email re Electric Mirror Matrix | 07/10/15 | Yes | Yes |  |  |
| 435 | EM004557 |  | Email re Mandalay Bay Mirror Meeting | 07/13/15 | Yes |  |  |  |
| 436 | BOMB000023 |  | Email re scratched mirror | 07/13/15 | Yes |  |  |  |
| 437 | BOMB0000127 |  | Email re 16th floor | 07/13/15 | Yes |  |  |  |
| 438 | BOMB0000302 |  | Email w mirror 16206 | 07/13/15 | Yes |  |  |  |
| 439 | EM009785 | 145 | Email re cloths | 07/13/15 | Yes | Yes |  |  |
| 440 |  | 052 | Email re illiminated chassis | 07/16/15 | Yes | Yes |  |  |
| 441 | EM009788 |  | Email re precut mirror QC rejection criteria | 07/17/15 | Yes |  |  |  |
| 442 | EM009806 |  | Email re Mandalay Bay | 07/21/15 | Yes |  |  |  |
| 443 | BOMB0000200 |  | Email re punch list | 07/21/15 | Yes |  |  |  |
| 444 | BOMB000308 |  | Email re cracked mirror | 07/21/15 | Yes |  |  |  |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 445 | EM004589 | | Email re Electric Mirror Matrix | 07/22/15 | Yes | | | |
| 446 | EM009810 | | Email re Mandalay Bay | 07/22/15 | Yes | | | |
| 447 | EM009813 | | Email re Electric Mirror Matrix | 07/23/15 | Yes | | | |
| 448 | | 070 | Email re Electric Mirror Matrix | 07/23/15 | Yes | Yes | | |
| 449 | EM008931 | | Email re Mandalay Bay Update | 07/24/15 | Yes | | | |
| 451 | BOMB000006 | | Email re 14-200 mirrors | 07/27/15 | Yes | | | |
| 452 | BOMB000033 | | Email re mirror inspection | 07/27/15 | Yes | | | |
| 453 | EM009866 | | Email re Mandalay Bay | 07/27/15 | Yes | | | |
| 454 | EM009852 | | Email re Mandalay Bay | 07/27/15 | Yes | Yes | | |
| 456 | EM009852 | 148 | Email re Mandalay Bay | 07/27/15 | Yes | Yes | | |
| 457 | EM039978 | | Email w Mirror Processing Quality Spreadsheet | 07/28/15 | Yes | | | |
| 458 | EM009911 | | Email re Mandalay Bay | 07/28/15 | Yes | Yes | | |
| 459 | EM016014 | | Email re BOB | 07/27/15 | Yes | | | |
| 460 | | 032 | Email re Implementation of Fixtures | 07/29/15 | Yes | Yes | | |
| 461 | EM001269 | | Email re Follow Up on sample high quality mirror | 07/31/15 | Yes | | | |
| 462 | EM009986 | | Email re MB Returns | 08/04/15 | Yes | Yes | | |
| 463 | | 034 | Email re V20 HOLD | 08/04/15 | Yes | Yes | | |
| 464 | EM010026 | 002 Andrich | Email re Trump rework priority | 08/06/15 | Yes | | | |
| 465 | EM010054 | | Email re Boxes for remake Mandalay Bay | 08/07/15 | Yes | Yes | | |
| 466 | EM016020 | | Email w Mirror rejection | 08/07/15 | Yes | Yes | | |
| 467 | EM016072 | | Email re Mirror Rejection BOB | 08/07/15 | Yes | Yes | | |
| 468 | EM010071 | | Email re Trump Reworks Job 024751 | 08/07/15 | Yes | Yes | | |
| 469 | | 033 | Email re 230641 V20 PO | 08/07/15 | Yes | Yes | | |
| 470 | EM004647 | | Email re MB Tower Remodel - 13017 | 08/10/15 | Yes | Yes | | |
| 471 | EM010274 | | Email re V20 AST Bulletins | 08/11/15 | Yes | Yes | | |
| 472 | | | Email re asked for V20 ASM STandards | 08/11/15 | Yes | Yes | | |
| 473 | | 064 | Email re MB Tower Remodel | 08/11/15 | Yes | Yes | | |
| 474 | | | Email re V20 ASM standard | 08/11/15 | | | | |
| 475 | EM010408 | | Email re Mandalay Bay Rework Plan | 08/12/15 | Yes | | | |
| 476 | | | Email re ASTM C1376-03 | 08/13/15 | | | | |
| 477 | EM010435 | | Email re Mandalay Bay Rework Plan | 08/14/15 | Yes | Yes | | |
| 478 | EM010437 | | Email re MB Tower Remodel - 13017 | 08/14/15 | Yes | Yes | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 479 | EM040053 | | Email re Mandalay Bay rework plan | 08/14/15 | Yes | Yes | | |
| 480 | EM040063 | | Email re Mandalay Bay Rework Plan | 08/18/15 | Yes | Yes | | |
| 481 | EM010474 | | Email re Extra glass sitting outside | 08/19/15 | Yes | Yes | | |
| 482 | EM016129 | | Email re QC Criteria | 08/19/15 | Yes | | | |
| 483 | EM010478 | | Email re Question | 08/19/15 | Yes | Yes | | |
| 485 | EM010494 | | Email re Mandalay Bay Rework | 08/21/15 | Yes | Yes | | |
| 486 | EM010506 | | Email re Mandalay Bay 38807 | 08/24/15 | Yes | Yes | | |
| 487 | EM004721 | | Email re Mandalay Bay SO | 08/25/15 | Yes | Yes | | |
| 488 | PNA0000635 | | Email re Avalon - MirroView | 09/01/15 | Yes | | | |
| 489 | | 074 | Email re Update | 09/01/15 | | | | |
| 490 | EM004770 | | Email re MB Tower Remodel -13017 Clarification | 09/02/15 | Yes | Yes | | |
| 491 | | | Email re V20 Manadlay | 09/02/15 | | | | |
| 492 | EM004764 | | Email re MB Tower Remodel 13017 remediation | 09/02/15 | Yes | Yes | | |
| 493 | | 036 | Email re V20 Manadlay | 09/02/15 | Yes | | | |
| 494 | | 071 | Email re Mirror Inspection | 09/03/15 | Yes | Yes | | |
| 495 | | 054 | Email re V20 Mandalay | 09/03/15 | Yes | Yes | | |
| 496 | EM010609 | | Email re Mandalay Bay New Build | 09/08/15 | Yes | Yes | | |
| 497 | EM016146 | | 201 Folsom | 09/09/15 | Yes | Yes | | |
| 499 | EM010740 | | Email re Counts for MB | 09/11/15 | Yes | Yes | | |
| 501 | | 157 | Email re Update | 09/11/15 | Yes | | | |
| 503 | | | Email re Mandalay Bay V mirror criteria | 09/04/15 | | | | |
| 504 | EM010875 | | Email re Update on new production | 09/16/15 | Yes | Yes | | |
| 505 | EM010884 | | Email re 9-17 Tie-in | 09/17/15 | Yes | | | |
| 506 | | 055 | Email re This weeks pick up schedule | 09/17/15 | Yes | Yes | | |
| 507 | EM004829 | | Email re MB Tower Remodel go back plan | 09/22/15 | Yes | Yes | | |
| 508 | EM010954 | | Email re V-mirror | 09/23/15 | Yes | | | |
| 509 | | 066 | Email re MB go-backs | 09/25/15 | Yes | Yes | | |
| 510 | EM039833 | | Email re Vmirror | 09/29/15 | Yes | | | |
| 511 | EM014251 | | Email re 148717-00 | 10/01/15 | Yes | | | |
| 512 | | 038 | Email re quality issues | 10/01/15 | Yes | Yes | | |
| 513 | EM004910 | | Email re packaging | 10/02/15 | Yes | | | |
| 515 | | 039 | Email re PO 231829 | 10/12/15 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 516 | EM004993 | | Email re concealed damage | 10/13/15 | Yes | | | |
| 518 | | 068 | Email re installation meeting | 10/15/15 | Yes | | | |
| 519 | EM011857 | 080 | Email re shallow laser lines | 11/12/15 | Yes | | | |
| 521 | | | Email re mandalay bay glass | 11/16/15 | | | | |
| 522 | EM015975 | | Email re IQC Mirror inspection system | 11/16/15 | Yes | | | |
| 523 | EM014571 | 153 | Email re EM freight | 08/09/17 | Yes | | | |
| 524 | EM005294 | | Email re damaged goods | 11/18/15 | Yes | | | |
| 525 | EM012026 | | Email re damaged goods | 11/19/15 | Yes | | | |
| 526 | | | Email re credit request | 11/20/15 | | | | |
| 527 | | 081 | Email re tie-in 11-24 | 11/24/15 | Yes | | | |
| 528 | EM040077 | | Email re Mirror Quality Standards | 11/25/15 | Yes | | | |
| 529 | EM016168 | | Email re estimate of revenue | 12/01/15 | | | | |
| 530 | | | Email re scratches in Mirroview | 12/10/15 | | | | |
| 531 | EM012323 | | Email re MB production line | 12/11/15 | Yes | | | |
| 532 | | 041 | Email re Pilkington Meeting at Electric Mirror | 12/15/15 | Yes | Yes | | |
| 533 | EM012516 | 124 | Email re update | 12/17/15 | | | | |
| 534 | EM005515 | | Email re mirror count | 12/18/15 | Yes | | | |
| 535 | EM012594 | | Email re weekly update | 12/20/15 | | | | |
| 536 | EM012656 | | Email re inventory | 12/21/15 | Yes | | | |
| 537 | EM005556 | | Email re mirror quality issues | 12/22/15 | Yes | | | |
| 538 | EM012666 | | email re possible Mandalay Bay deviation | 12/22/15 | Yes | | | |
| 539 | EM012787 | | Email re tie-in 12/28/15 | 12/28/15 | Yes | Yes | | |
| 540 | EM040244 | | Email re missing UL labels | 12/28/15 | Yes | | | |
| 541 | PNA0000377 | | Email re Pilkington visit | 12/29/15 | Yes | Yes | | |
| 542 | EM013050 | | Email re quick update | 01/09/16 | Yes | Yes | | |
| 543 | PNA0000239 | 215 | Visit Report | 01/11/16 | | | | |
| 544 | EM013090 | | Email re MB samples for Pilkington | 01/12/16 | Yes | Yes | | |
| 545 | EM013230 | | Email re MB Samples for Pilkington | 01/17/16 | Yes | Yes | | |
| 546 | EM013277 | 130 / 10 Dco | Email re Pilkington visit to EM | 01/19/16 | | | | |
| 547 | EM013360 | | Email re warehouse storage | 01/21/16 | Yes | Yes | | |
| 548 | EM005949 | | Email re trip report | 01/25/16 | Yes | Yes | | |
| 549 | EM013440 | 150 | Email re Avalon statement | 01/26/16 | Yes | | | |

Electric Mirror V. Avalon Glass
Case No. 2:16-cv-00665-RAJ

| Trial Ex. # | Bates - Begin | Depo Ex. # | Description | Date | Joint Sitp Authentic | Joint Stip Admissible | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 550 | EM014749 | 156 | Email re delay example | 01/27/16 | Yes | | | |
| 551 | EM013531 | | Email re blasting | 01/29/16 | Yes | | | |
| 552 | PNA0000050 | | Email re test plan mirropane | 02/03/16 | | | | |
| 553 | EM013685 | | Email re 2/18 numbers | 02/19/16 | Yes | Yes | | |
| 554 | EM040176 | | Email re credit requests | 02/23/16 | Yes | Yes | | |
| 555 | | | Email re glass orders report | 02/23/16 | | | | |
| 556 | EM013773 | | Email re Mandalay Bay post mortem | 02/24/16 | Yes | | | |
| 557 | | 076 | Email re Week 10 | 03/04/16 | Yes | | | |
| 558 | EM040215 | | Email re credit requests | 03/07/16 | Yes | | | |
| 559 | EM013868 | | Email re Go back rooms | 03/14/16 | Yes | Yes | | |
| 560 | EM013874 | | Email re go backs | 03/14/16 | Yes | | | |
| 561 | EM013918 | | Email re Electric Mirror 33016 | 04/04/16 | Yes | | | |
| 562 | | | Partin Report | 12/10/17 | | | | |
| 563 | | | Email re Special Size MirroView | 06/15/17 | Yes | Yes | | |
| 570 | | 158 | Draft Damages to Electric Mirror | 03/08/18 | Yes | | | |
| 571 | | 159 | Tracking Mirror spreadsheet | 03/08/18 | Yes | Yes | | |
| 572 | | 160 | Cost of Replacement Mirrors Spreadsheet | 03/08/18 | Yes | Yes | | |
| 573 | | | Punchlist Complete | 02/07/18 | Yes | Yes | | |
| 574 | | | Red Tags | 12/03/15 | Yes | | | |
| 575 | EM009715 | 051 / 60 | Email re defects | 07/07/15 | | | | |
| 576 | EM010531 | | Email re MAB 13017 | 08/26/15 | Yes | Yes | | |
| 577 | EM010536 | | Email re Update | 09/01/15 | Yes | Yes | | |
| 578 | | 122 | Weekly Update | 12/06/15 | | | | |
| 579 | EM012341 | | Email re Supplier Report | 12/12/15 | Yes | | | |
| 580 | EM011956 | | Email re Mandalay Bay glass | 11/07/15 | Yes | | | |
| 581 | EM012412 | | Email re V20 Hold | 12/15/15 | Yes | | | |